[No. 12052.  *En Banc.*  September 26, 1914.]

SPOKANE & INLAND EMPIRE RAILROAD COMPANY, *Appellant,* v.
WHITMAN COUNTY *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Whitman
county, McCroskey, J., entered February 28, 1914, dismissing an ac-
tion in equity, upon sustaining a demurrer to the complaint.  Re-
versed.

*Graves, Kizer & Graves,* for appellant.
*R. M. Burgunder* (*Thomas Neill,* of counsel), for respondents.

PER CURIAM.—This is a companion case to that of *Spokane & In-
land Empire R. Co. v. Spokane County, ante* p. 24, 143 Pac. 307,
recently decided.  Upon the authority of that case, the judgment will
be reversed.